IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLOTTE WOODELL, Individually
and On Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

v.                            Case No. 4:23-cv-00110-LPR

**HMSHOST CORPORATION**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought by Plaintiff are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 27th day of August 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE